UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CLINT PHILLIPS, III, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:24-cv-00305-RHH |
| UNKNOWN CHIEF MEDICAL OFFICER, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court for review of the file. Plaintiff instituted this civil action without paying the filing fee, or filing a motion for leave to proceed in forma pauperis. On March 1, 2024, the Court entered an Order directing him to do one or the other. The Order warned Plaintiff that if he did not timely comply, the Court would dismiss the case without further notice.

Plaintiff's response was due on March 15, 2024. To date, Plaintiff has not complied with the Order, or sought additional time to do so. Therefore, the Court dismisses this action, without prejudice, due to Plaintiff's failure to comply with the Court's March 1, 2024 Order. *See* Fed. R. Civ. P. 41(b); *Brown v. Frey*, 806 F.2d 801, 803-04 (8th Cir. 1986) (a district court has the power to dismiss an action for the plaintiff's failure to comply with any court order).

Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice. A separate order of dismissal will be entered herewith.

Dated this 20th day of March

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE